

FILED
04/12/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 22-0164

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 22-0164

DONALD McCUBBINS,

Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

Respondent.

**FILED**

APR 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Donald McCubbins has filed a sentence calculation along with a Petition for Writ of Habeas Corpus, explaining that the Broadwater County District Court did not award credit for time served on a sentence because the court noted that McCubbins was a parole violator and that he would receive credit on his prior sentence. Upon review, we deem it appropriate to require a response to McCubbins's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 12th day of April, 2022.

_____
Justice